IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 07-275 |
| | ) |
| MARGARET JURYSTA | ) |

**ORDER OF COURT**

IT IS ORDERED this 18 day of September, 2007, based upon Defendant Margaret Jurysta's waiver of the Interstate Agreement on Detainers Act, that Ms. Jurysta is to be held without bond and returned to the custody of the State Correctional Institution at Cambridge Springs.

IT IS FURTHER ORDERED that the United States Marshal for the Western District of Pennsylvania notify the State Correctional Institution at Cambridge Springs that Ms. Jurysta may be released into its custody.

IT IS FURTHER ORDERED that the United States Marshal for the Western District of Pennsylvania file a detainer against this defendant on the current federal charges with the Warden at the State Correctional Institution at Cambridge Springs. The government will file a writ to secure the appearance of the defendant at any future court proceedings.

_____
Gary L. Lancaster
United States District Court Judge

cc: United States Marshal