IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-275 |
| ) | |
| MARGARET JURYSTA, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 25th day of February, 2008, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered September 11, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, March 18, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster         ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Kay B. Lee,
    Assistant United States Attorney

    Elisa A. Long,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation