```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        )
                                 )
        vs.                      )    Criminal No. 07-275
                                 )
MARGARET JURYSTA,                )
        Defendant.               )
```

                                ORDER

        AND NOW, this 18ᵗʰ day of March, 2008, IT IS HEREBY ORDERED

that the change of plea hearing, scheduled for March 18, 2008,

will now be held on <u>Friday, April 4, 2008 at 1:30 p.m.</u>.

        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §

3161(h)(8)(A), the period of delay resulting from this

continuance shall be excluded in computing the time within which

the trial of the above-captioned action must commence, because

the court concludes that the ends of justice served by granting

the extension of time outweigh the interests of the public and

defendant in a speedy trial.

                                    BY THE COURT:


                                    s/Gary L. Lancaster        , J.
                                    Hon. Gary L. Lancaster,
                                    United States District Judge

cc:   Kay B. Lee,
      Assistant United States Attorney

      Elisa A. Long,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation